

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2022

No. 04-22-00598-CR

**EX PARTE** Jesus Alfredo **GARCIA CASTILLO**,

From the County Court, Kinney County, Texas
Trial Court No. 10574CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On October 26, 2022, appellant filed a motion requesting an extension of time to file his brief. However, the clerk's record is not complete and not due until October 31, 2022. Accordingly, we **order** appellant's brief due twenty days after the clerk's record is complete. *See* 4th Tex. App. (San Antonio) Loc. R. 8.2. Counsel is advised if by that date he needs more time to file his brief, he should file a motion in compliance with Rule 10.5(b) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 10.5 (providing requirements for motions seeking extension of time).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court